UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Norma F. Young,
        Plaintiff(s),                    09 Civ. 4730(CM)

-against-                     CALENDAR NOTICE

Nassau University Medical Center,
        Defendant(s).
-------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09

Copies mailed/faxed/handed to counsel on 12/11/09

    Please take notice that the above captioned matter has been **scheduled for** a :

___ Pre-trial Conference     _X_ Status Conference     ___ Oral argument
___ Settlement conference     ___ Plea Hearing                 (Bankruptcy Appeal)
___ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference    ___ Jury Selection and Trial
___ Non-Jury Trial              ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, January 29, 2010 at 11:00 A.M.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007 .

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: December 11, 2009
       New York, New York

                                                        So Ordered

                                                        _____
                                                        Colleen McMahon, U.S.D.J